IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD JORDAN, on behalf of himself and others similarly situated, <br>                          Plaintiff, <br>     v. <br> PASSAVANT MEMORIAL HOMES, <br>                          Defendant. | 2:21-cv-00540-MJH |

**PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION
OF THE SETTLEMENT CLASS, FINAL APPROVAL OF
THE SETTLEMENT, AND OTHER ASSOCIATED RELIEF**

As reflected in the accompanying Class Action Settlement Agreement ("Agreement"), *see* Doc. 27-1, Plaintiff Richard Jordan ("Jordan") and Defendant Passavant Memorial Homes ("Passavant") have agreed to settle this lawsuit on behalf of a class of individuals who both (i) were classified by Passavant as Home and Community Service ("HCS") independent contractors and (ii) were credited with working over 40 hours during at least one week between April 22, 2018 and October 22, 2021 (the "Class Members").

In January 2022, the Court entered an order "preliminarily" approving the settlement, authorizing the issuance of notice to the putative class/collective members, and appointing the undersigned to serve as interim class counsel. *See* Doc. 26. The notice process is complete. *See generally* Declaration of Aisha Lange ("Lange Dcl.") (Doc. 27-2). Only 2 Class Members have submitted objections to the settlement, *see id.* at ¶ 10, and 8 Class Members have requested to be excluded from the settlement, *see id* [1]

This matter is now ripe for "final approval." The Court has scheduled a fairness hearing

---

[1] Notably, both objectors complain that the settlement is overly-generous to the Class Members. *See* Lange Dcl. at Ex. 3.

for April 13, 2022, *see* Doc. 26 at ¶ 6, and, in anticipation of the hearing, Jordan respectfully asks the Court to enter an order:

- Certifying, pursuant to Federal Rules of Civil Procedure ("Civil Rules") 23(a) and 23(b)(3), a settlement class comprised of the 128 Class Members who have not excluded themselves from the settlement;

- Approving the settlement of this action as fair, reasonable, and adequate under Civil Rule 23(e)(2) and the decisional law pertaining to the settlement of Fair Labor Standards Act claims;

- Approving the payment of a $7,500 service award to Jordan;

- Appointing, pursuant to Civil Rule 23(g)(1), the law firm of Winebrake & Santillo, LLC to serve as class counsel; and

- Approving, pursuant to Civil Rule 23(h), a payment from the settlement fund of $90,000 to compensate class counsel for reasonable attorney's fees and expenses (including settlement administration expenses).

The above relief is warranted based on, *inter alia*, the accompanying Agreement, the accompanying Declarations of Aisha Lange and Peter Winebrake, and the accompanying Memorandum of Law.

**WHEREFORE**, Jordan, on behalf of himself and other Class Members, respectfully requests that the Court grant this motion and enter the accompanying proposed order.

Date: April 6, 2022

Respectfully,

_____
Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Michelle L. Tolodziecki
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

*Proposed Class Counsel*